LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JONATHAN K. WONG, ESQ.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
jwong@lipsonneilson.com

*Attorneys for Defendant,*
*The Dean Legal Group Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AUNDREA MACKLIN and KYLE REED, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SOUTHERN CAPITAL FINANCE GROUP, LLC, a foreign limited-liability company; THE DEAN LEGAL GROUP LTD., a domestic corporation;<br><br>　　　　Defendants. | Case No.: 2:22-cv-01057-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant THE DEAN LEGAL GROUP LTD. ("Defendant"), and Plaintiffs AUNDREA MACKLIN and KYLE REED ("Plaintiffs"), by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant to file an Answer or otherwise respond to Plaintiffs' Complaint shall be extended to **August 30, 2022**. The Defendant's response was originally due on August 9, 2022, however, counsel for the Defendant has just been recently retained in this matter and requires additional time to analyze and prepare appropriate response to Plaintiffs' claims.

/ / /

- 1 -

This is the Defendant's first request for an extension of these deadlines and is not intended for the purposes of prejudice or delay.

DATED this 8th day of August. 2022.

LAW OFFICE OF KEVIN L. HERNANDEZ

By: /s/ Kevin L. Hernandez
_____
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
Telephone: (702) 563-4450
Facsimile: (702) 552-0408

and

MICHAEL KIND, ESQ.
Nevada Bar No. 13903
8860 South Maryland Parkway, Suite 102
Las Vegas, Nevada 89123
Telephone: (702) 337-2322
Facsimile: (702) 329-5881

*Attorneys for Plaintiffs*

DATED this 8th day of August. 2022.

LIPSON NEILSON P.C.

By: /s/ Joseph P. Garin
_____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JONATHAN K. WONG, ESQ.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512

*Attorneys for Defendant
The Dean Legal Group Ltd.*

**ORDER**

IT IS SO ORDERED.

DATED: August 8, 2022.

_____
UNITED STATES MAGISTRATE JUDGE