LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JONATHAN K. WONG, ESQ.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
jwong@lipsonneilson.com

*Attorneys for Defendant,*
*The Dean Legal Group Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUNDREA MACKLIN and KYLE REED, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>SOUTHERN CAPITAL FINANCE GROUP, LLC, a foreign limited-liability company; THE DEAN LEGAL GROUP LTD., a domestic corporation;<br><br>        Defendants.<br>_____ | Case No.: 2:22-cv-01057-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO THE DEAN LEGAL GROUP LTD.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B)(6) [ECF NO. 11]**<br><br>**(FIRST REQUEST)** |

Defendant THE DEAN LEGAL GROUP LTD. ("Defendant"), and Plaintiffs AUNDREA MACKLIN and KYLE REED ("Plaintiffs"), by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that Defendant may have an extension of one week from its current deadline on September 20, 2022, within which to file its Reply to Plaintiffs' Opposition to The Dean Legal Group Ltd.'s Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(b)(6). The parties have agreed that Defendant shall have up to and including **September 27, 2022** to file said Reply.

/ / /

/ / /

The Parties have entered into this agreement in good faith and not for purposes of delay. This is the first stipulation for extension of time to file Defendant's Reply. This request will not cause any prejudice to the parties in this matter.

DATED this 16th day of September, 2022.

LAW OFFICE OF KEVIN L. HERNANDEZ

  /s/ Kevin L. Hernandez
By:_____
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
Telephone: (702) 563-4450
Facsimile: (702) 552-0408

and

MICHAEL KIND, ESQ.
Nevada Bar No. 13903
8860 South Maryland Parkway, Suite 102
Las Vegas, Nevada 89123
Telephone: (702) 337-2322
Facsimile: (702) 329-5881

*Attorneys for Plaintiffs*

DATED this 16th day of September, 2022.

LIPSON NEILSON P.C.

  /s/ Jonathan K. Wong
By:_____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JONATHAN K. WONG, ESQ.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512

*Attorneys for Defendant
The Dean Legal Group Ltd.*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: __September 19__, 2022.