Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff Aundrea Macklin and Kyle Reed, on behalf of themselves and others similarly situated*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Aundrea Macklin and Kyle Reed, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Southern Capital Finance Group, LLC and The Dean Legal Group Ltd., <br><br> Defendants. | Case No.: 2:22-cv-01057-APG-EJY <br><br> **Stipulated Discovery Plan and Scheduling Order** <br><br> **Special Scheduling Review Requested** |

On August 30, 2022, the first defendant appeared in this case. Accordingly, Aundrea Macklin and Kyle Reed and The Dean Legal Group Ltd. (jointly as the "parties"), by and through their respective counsel, hereby submit this proposed Joint Discovery Plan and Scheduling Order. The parties request a special scheduling review because this is a putative class action with complex facts where Plaintiffs anticipate that multiple third-party witnesses will be disclosed. There is also a related class action filed in state court, *Macklin*, *et al*, *v. Southern Capital Finance Group, LLC*, *et al*, No. A-22-855007-C. The deadlines also coincide with New Year's holidays, so some further additional time is requested. The parties therefore request an extended discovery period.

**~~PROPOSED~~ DISCOVERY PLAN**

The parties propose the following discovery plan and scheduling order:

1. Initial disclosures ………………….. October 28, 2022
2. Amend pleadings and add parties .. January 27, 2023
3. Expert disclosures (initial): ……… February 27, 2023
4. Expert disclosures (rebuttal): ……. April 24, 2023
5. Discovery cutoff date: …………… May 26, 2023
6. Dispositive motions: …………….. June 26, 2023
7. Pretrial order …………………….. July 26, 2023

In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.

Pretrial Disclosures: The disclosures required by Rule 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

Extensions or Modifications of the Discovery Plan and Scheduling Order: Applications to extend any date set by the discovery plan, scheduling order, or other order must comply with the Local Rules.

Protective Order: The parties may seek to enter a stipulated protective order pursuant to Rule 26(c) prior to producing any confidential documents.

Electronic Service: The parties agree that pursuant to Rules 5(b)(2)(E) and 6(d) of the Federal Rules of Civil Procedure any pleadings or other papers may be served by sending such documents by email.

Alternative Dispute Resolution Certification: The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation. The parties have not reached any stipulations at this stage.

Alternative Forms of Case Disposition Certification: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties have not reached any stipulations at this stage.

Electronically Stored Information: The parties have discussed the retention and production of electronic data. The parties agree that service of discovery by electronic means, including sending original electronic files by email or on a cd is sufficient. The parties reserve the right to revisit this issue if a dispute or need arises.

Electronic evidence conference certification: The parties further intend to present evidence in electronic format to jurors for the purposes of jury deliberations at trial.

///
///
///

The parties discussed the presentation of evidence for juror deliberations but did not reach any stipulations as to the method as this early stage.

Dated: October 14, 2022

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**LAW OFFICE OF KEVIN L. HERNANDEZ**

/s/ Kevin L. Hernandez
Kevin L. Hernandez, Esq.
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
*Counsel for Plaintiffs Aundrea Macklin and Kyle Reed*

**LIPSON NEILSON P.C.**

/s/ Joseph P. Garin
Joseph P. Garin, Esq.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Counsel for The Dean Legal Group, LTD*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  October 14, 2022**