LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JONATHAN K. WONG, ESQ.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
jwong@lipsonneilson.com

*Attorneys for Defendants,*
*The Dean Legal Group Ltd. and*
*Southern Capital Finance Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AUNDREA MACKLIN and KYLE REED, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN CAPITAL FINANCE GROUP, LLC, a foreign limited-liability company; THE DEAN LEGAL GROUP LTD., a domestic corporation;<br><br>Defendants. | Case No.: 2:22-cv-01057-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SOUTHERN CAPITAL FINANCE GROUP, LLC TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT [ECF NO. 1]**<br><br>**(FIRST REQUEST)** |

Defendant SOUTHERN CAPITAL FINANCE GROUP, LLC, and Plaintiffs AUNDREA MACKLIN and KYLE REED ("Plaintiffs"), by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant Southern Capital Finance Group, LLC ("Defendant") to file an Answer or otherwise respond to Plaintiffs' Complaint shall be extended to **October 27**, **2022**. The Defendant's response was originally due on August 4, 2022, however, the undersigned counsel has just been recently retained in this matter and requires additional time to

/ / /

analyze and prepare appropriate response to Plaintiffs' claims on behalf of the Defendant.

This is the Defendant's first request for an extension of these deadlines and is not intended for the purposes of prejudice or delay.

DATED this 19th day of October, 2022.

LAW OFFICE OF KEVIN L. HERNANDEZ

 */s/ Kevin L. Hernandez*
By:_____
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
Telephone: (702) 563-4450
Facsimile: (702) 552-0408

and

MICHAEL KIND, ESQ.
Nevada Bar No. 13903
8860 South Maryland Parkway, Suite 102
Las Vegas, Nevada 89123
Telephone: (702) 337-2322
Facsimile: (702) 329-5881

*Attorneys for Plaintiffs*

DATED this 19th day of October, 2022.

LIPSON NEILSON P.C.

 */s/ Jonathan K. Wong*
By:_____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JONATHAN K. WONG, ESQ.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512

*Attorneys for Defendants
The Dean Legal Group Ltd. and
Southern Capital Finance Group, LLC*

**ORDER**

IT IS SO ORDERED.

DATED: October 19, 2022.

_____
UNITED STATES MAGISTRATE JUDGE