LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JONATHAN K. WONG, ESQ.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
jwong@lipsonneilson.com

*Attorneys for Defendants,*
*The Dean Legal Group Ltd. and*
*Southern Capital Finance Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AUNDREA MACKLIN and KYLE REED, on behalf of themselves and others similarly situated, | ) Case No.: 2:22-cv-01057-APG-EJY ) ) |
| Plaintiffs, | ) **STIPULATION AND ORDER TO** ) **STAY CASE** |
| v. | ) ) |
| SOUTHERN CAPITAL FINANCE GROUP, LLC, a foreign limited-liability company; THE DEAN LEGAL GROUP LTD., a domestic corporation; | ) ) ) ) ) |
| Defendants. | ) |

Plaintiffs Aundrea Macklin and Kyle Reed ("Plaintiffs") and Defendants Southern Capital Finance Group, LLC and The Dean Legal Group Ltd. (collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

The Parties stipulate and agree that, pursuant to *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800, 47 L. Ed. 2d 483, 96 S. Ct. 1236 (1976), this case shall be stayed pending final resolution of the case *Aundrea Macklin et al. v. Southern Capital Finance Group, LLC, et al.*, Case No. A-22-855007-C, currently

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512

pending before Department XXXI of the Eighth Judicial District Court, Clark County, Nevada.

The Parties further stipulate and agree that, as a result of the stay, responses to the written discovery Plaintiffs served on the Dean Legal Group LTD and Southern Capital Finance Group LLC on November 3, 2022 in the current case, originally due December 5, 2022, are hereby stayed.

The Parties further stipulate and agree that, as a result of the stay, the Rule 30(b)(6) depositions for Southern Capital Finance Group, LLC, and The Dean Legal Group Ltd., currently noticed for December 13, 2022 and December 15, 2022 respectively, are vacated.

The Parties further stipulate and agree that, within seven (7) days of the entry of an order of this Court lifting the stay, the parties shall confer and agree on new dates for the aforementioned Rule 30(b)(6) depositions and responses to Plaintiffs' written discovery requests.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512

1   The Parties have entered into this agreement in good faith and not for the

2   purposes of prejudice or delay.

5   DATED this 7th day of December, 2022.

LAW OFFICE OF KEVIN L.
HERNANDEZ

*/s/ Kevin L. Hernandez*
By:_____
  KEVIN L. HERNANDEZ, ESQ.
  Nevada Bar No. 12594
  8920 W. Tropicana Avenue, Suite 101
  Las Vegas, Nevada 89147
  Telephone: (702) 563-4450
  Facsimile: (702) 552-0408

  and

  MICHAEL KIND, ESQ.
  Nevada Bar No. 13903
  8860 South Maryland Parkway, Suite
  102
  Las Vegas, Nevada 89123
  Telephone: (702) 337-2322
  Facsimile: (702) 329-5881

  *Attorneys for Plaintiffs*

DATED this 7th day of December, 2022.

LIPSON NEILSON P.C.

*/s/ Jonathan K. Wong*
By:_____
  JOSEPH P. GARIN, ESQ.
  Nevada Bar No. 6653
  JONATHAN K. WONG, ESQ.
  Nevada Bar No. 13621
  9900 Covington Cross Drive, Suite 120
  Las Vegas, Nevada 89144
  Telephone: (702) 382-1500
  Facsimile: (702) 382-1512

  *Attorneys for Defendants*
  *The Dean Legal Group Ltd. and*
  *Southern Capital Finance Group, LLC*

This stipulation is approved and this case is stayed.  The pending motions to dismiss
(ECF No. 9) and to stay (ECF No. 23) are denied without prejudice.  The parties will file
a status report by June 16, 2023, and every six months thereafter.

IT IS SO ORDERED:

Dated:____December 8, 2022____

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512