Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com

Michael Kind, Esq.
Nevada Bar No. 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AUNDREA MACKLIN and KYLE REED, on behalf of themselves and others similarly situated,<br><br>Plaintiffs;<br><br>v.<br><br>SOUTHERN CAPITAL FINANCE GROUP, LLC, a foreign limited-liability company; THE DEAN LEGAL GROUP LTD., a domestic corporation;<br><br>Defendants. | Case No.: 2:22-cv-01057-APG-EJY<br><br>**STIPULATION OF DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE** |

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiffs, Aundrea Macklin and Kyle Reed ("Plaintiffs"), and Defendants, Southern Capital Finance Group, LLC and The Dean Legal Group, Ltd. ("Defendants"), stipulate and agree to dismiss Plaintiffs' individual claims with prejudice since no class has been certified in this action.

///

///

///

Each party will bear its own costs, attorney's fees, and expenses.

Dated: August 14, 2023

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

Dated: August 14, 2023

**LIPSON NEILSON P.C.**

*/s/ Jonathan K. Wong*
Joseph P. Garin, Esq.
Nevada Bar No. 6653
Jonathan K. Wong, Esq.
Nevada Bar No. 13621
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
jgarin@lipsonneilson.com
jwong@lipsonneilson.com
*Attorneys for Defendants*

## ORDER

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiffs Aundrea Macklin and Kyle Reed's individual claims are hereby dismissed with prejudice since no class has been certified. Each party will bear its own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 16, 2023